UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Todd Randall, | Case No. 2:24-cv-00005-CDS-BNW |
| Plaintiff | **Order Dismissing and Closing Case** |
| v. | |
| Financial Services of America, | |
| Defendant | |

    This action was filed on January 3, 2024. On April 8, 2024, the court issued a notice of intent to dismiss under Federal Rule of Civil Procedure 4(m) explaining that unless proof of service as to defendant Financial Services of America was filed by May 8, 2024, the court would enter an order of dismissal. Notice, ECF No. 8. The deadline has now passed, and no proof of service has been filed.

    IT IS THEREFORE ORDERED that this action is dismissed without prejudice. The Clerk of Court is directed to close this case.

    Dated: May 13, 2024

_____
Cristina D. Silva
United States District Judge